IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

ERIC SMITH,                                )
                                           )
                                           )
          Plaintiff,         )
                                           )
v.                                         ) Case No. CV-10-1026-TL
                                           )
                                           )
NATIONAL CREDIT SYSTEMS, INC.,             )
                                           )
          Defendant.        )

## **J U D G M E N T**

Pursuant to the order issued this date, judgment is entered in favor of plaintiff, Eric Smith, and against defendant, National Credit Systems, Inc., in the amount of $17,392.00 as attorney's fees, together with interest thereon at the rate allowed by law from this date until paid.

Entered this 12th day of March, 2012.

*Tim Leonard*
TIM LEONARD
United States District Judge